**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Juan Carlos Algarin**   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# **xxx-xx-3800**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **12,565.00**   for months **1** to **60** ;
  B. $ _____   for months ___ to ___ ;
  C. $ _____   for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,642.50**   TOTAL PAID $ **3,642.50**
Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Santander Consumer USA**   Arrearage on Petition Date $ **0.00**
   Address: **POB 961245; Fort Worth, TX 76161**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **30000193430011000**   Regular Payment $ **404.48** /month (Months **1** to **60**)

2. **Internal Revenue Service**   Arrearage on Petition Date $ **0.00**
   Address: **PO Box 7346; Philadelphia, PA 19101-7346**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **xxx-xx-3800**   Regular Payment $ **9,570.17** /month (Months **1** to **43**)

3. **NYC Department of Finance**   Arrearage on Petition Date $ **0.00**
   Address: **POB 5100; Kingston, NY 12402-5100**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **xxx-xx-3800**   Regular Payment $ **285.41** /month (Months **1** to **43**)

4. **NYS Department of Taxation and Finance**   Arrearage on Petition Date $ **0.00**
   Address: **ATTN: Office of Counsel; Building 9; W A Harriman Campus; Albany, NY 12227**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **xxx-xx-3800**   Regular Payment $ **845.11** /month (Months **1** to **43**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service**
   **PO Box 7346;**
   **Philadelphia, PA**
   **19101-7346**
   **xxx-xx-3800**
   Total Due $ **160,000.00**
   Payable $ **8,888.89** /month   (Months **43** to **60**)   Regular Payment $ **N/A**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2. | **NYC Department of Finance POB 5100; Kingston, NY 12402-5100 xxx-xx-3800** | Total Due | $ | 24,000.00 | | | |
| | | Payable | $ | 1,333.33 /month | (Months **43** to **60**) | Regular Payment $ | N/A |
| 3. | **NYS Department of Taxation and Finance ATTN: Office of Counsel; Building 9; W A Harriman Campus; Albany, NY 12227 xxx-xx-3800** | Total Due | $ | 8,800.00 | | | |
| | | Payable | $ | 488.89 /month | (Months **43** to **60**) | Regular Payment $ | N/A |

Unsecured Creditors:  Pay $ **1,137.00** /month (Months  **60**  to  **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
 -NONE-

**Assumed Contracts and/or Leases**

**Denisse Becerra**                                   **Residential Lease, $3,800.00 per Month, 2/8/2016 to 2/7/2017, Debtors are Lessees**

   **The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 **/s/ Juan Carlos Algarin**
 **Juan Carlos Algarin**
 Debtor

 Date:  **May 23, 2016**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy