**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __SECOND__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Juan Carlos Algarin**   JOINT DEBTOR: ____   CASE NO.: **16-17504-RAM**
Last Four Digits of SS# **xxx-xx-3800**   Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **12,565.00** for months **1** to **60** ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,642.50**   TOTAL PAID $ **3,642.50**
Balance Due $ **-NONE-** payable $ ____ /month (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Santander Consumer USA**   Arrearage on Petition Date $ **0.00**
   Address: **POB 961245; Fort Worth, TX 76161**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **30000193430011000**   Regular Payment $ **404.48** /month (Months **1** to **60**)

2. **Internal Revenue Service**   Arrearage on Petition Date $ **0.00**
   Address: **PO Box 7346; Philadelphia, PA 19101-7346**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **xxx-xx-3800**   Regular Payment $ **9,679.53** /month (Months **1** to **8**) at 4% Interest.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service**
   **PO Box 7346; Philadelphia, PA 19101-7346**
   **xxx-xx-3800**   Total Due $ **187,744.24**
   Payable $ **7,509.77** /month   (Months **8** to **32**) Regular Payment $ **N/A**

2. **NYC Department of Finance**
   **POB 5100; Kingston, NY 12402-5100**
   **xxx-xx-3800**   Total Due $ **24,000.00**
   Payable $ **960.00** /month   (Months **8** to **32**) Regular Payment $ **N/A**

3. **NYC Department of Finance**
   **POB 5100; Kingston, NY 12402-5100**
   **xxx-xx-3800**   Total Due $ **11,381.00**
   Payable $ **455.24** /month   (Months **8** to **32**) Regular Payment $ **N/A**

|   | NYS Department of Taxation and Finance ATTN: Office of Counsel; Building 9; W A Harriman Campus; Albany, NY 12227 | | | | | | |
|---|---|---|---|---|---|---|---|
| 4. | xxx-xx-3800 | Total Due | $ | 39,468.33 | | | |
|   |   | Payable | $ | 1,578.73 /month | (Months 8 to 32) | Regular Payment $ | N/A |

Unsecured Creditors: Pay $ 10,502.01 /month (Months 32 to 55 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Denisse Becerra                                         Residential Lease, $3,800.00 per Month, 2/8/2016 to 2/7/2017, Debtors are Lessees

The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Juan Carlos Algarin
Debtor

Date: August 9, 2016