**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __THIRD__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Juan Carlos Algarin** | JOINT DEBTOR: | CASE NO.: **16-17504-RAM** |
| Last Four Digits of SS# **xxx-xx-3800** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __12,565.00__ for months __1__ to __60__ ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,642.50__ TOTAL PAID $ __3,642.50__
Balance Due $ __-NONE-__ payable $ _____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Santander Consumer USA**    Arrearage on Petition Date  $ __0.00__
   Address: **POB 961245; Fort Worth, TX 76161**    Arrears Payment $ __0.00__ /month (Months **0** to **0**)
   Account No: **30000193430011000**    Regular Payment $ __404.48__ /month (Months **1** to **60**)

2. **Internal Revenue Service**    Arrearage on Petition Date  $ __0.00__
   Address: **PO Box 7346; Philadelphia, PA 19101-7346**    Arrears Payment $ __0.00__ /month (Months **0** to **0**)
   Account No: **xxx-xx-3800**    Regular Payment $ __9,679.53__ /month (Months **1** to **8**) at 4% Interest.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service
   PO Box 7346;
   Philadelphia, PA
   19101-7346
   xxx-xx-3800**
   Total Due $ __187,744.24__
   Payable $ __7,509.77__ /month    (Months 9 to **32**)  Regular Payment $ __N/A__

2. **NYC Department of Finance
   POB 5100; Kingston,
   NY 12402-5100
   xxx-xx-3800**
   Total Due $ __24,000.00__
   Payable $ __960.00__ /month    (Months 9 to **32**)  Regular Payment $ __N/A__

3. **NYC Department of Finance
   POB 5100; Kingston,
   NY 12402-5100
   xxx-xx-3800**
   Total Due $ __11,381.00__
   Payable $ __455.24__ /month    (Months 9 to **32**)  Regular Payment $ __N/A__

LF-31 (rev. 01/08/10)

| | | | | | |
|---|---|---|---|---|---|
| 4. | NYS Department of Taxation and Finance ATTN: Office of Counsel; Building 9; W A Harriman Campus; Albany, NY 12227 xxx-xx-3800 | Total Due $ 39,468.33 Payable $ 1,578.73 /month | (Months 9 to 32) | Regular Payment $ | N/A |

Unsecured Creditors: Pay $ 10,502.01 /month (Months 33 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Denisse Becerra                     Residential Lease, $3,800.00 per Month, 2/8/2016 to 2/7/2017, Debtors are Lessees

The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Juan Carlos Algarin
Debtor

Date: September 9, 2016

| | | | | | | |
|---|---|---|---|---|---|---|
| 4. | **NYS Department of Taxation and Finance ATTN: Office of Counsel; Building 9; W A Harriman Campus; Albany, NY 12227 xxx-xx-3800** | Total Due $ | 39,468.33 | | | |
| | | Payable $ | 1,578.73 /month | (Months 9 to **32**) | Regular Payment $ | **N/A** |

Unsecured Creditors:  Pay $ **10,502.01** /month (Months **33** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**

**Denisse Becerra**     **Residential Lease, $3,800.00 per Month, 2/8/2016 to 2/7/2017, Debtors are Lessees**

**The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
**Juan Carlos Algarin**
Debtor

Date:  **September 9, 2016**