**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __Fifth__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Juan Carlos Algarin** | JOINT DEBTOR: | CASE NO.: **16-17504-RAM** |
| Last Four Digits of SS# **xxx-xx-3800** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **12,565.00** for months **1** to **60** ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,642.50**   TOTAL PAID $ **3,642.50**
Balance Due $ **-NONE-** payable $ _____ /month (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Santander Consumer USA**    Arrearage on Petition Date $ **0.00**
   Address: **POB 961245; Fort Worth, TX 76161**    Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **3000019343001100**
   Account No: **0**    Regular Payment $ **404.48** /month (Months **1** to **60**) at 4% Interest.

2. **Internal Revenue Service**    Arrearage on Petition Date $ **0.00**
   Address: **PO Box 7346; Philadelphia, PA 19101-7346**    Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **xxx-xx-3800**    Regular Payment $ **9,693.75** /month (Months **1** to **8**) at 4% Interest.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service**
   **PO Box 7346; Philadelphia, PA 19101-7346**
   **xxx-xx-3800**
   Total Due $ **187,744.24**
   Payable $ **7,509.77** /month   (Months **9** to **33**)   Regular Payment $ **N/A**

2. **NYC Department of Finance**
   **POB 5100; Kingston, NY 12402-5100**
   **xxx-xx-3800**
   Total Due $ **35,381.00**
   Payable $ **1,415.24** /month   (Months **9** to **33**)   Regular Payment $ **N/A**

| | | | | | |
|---|---|---|---|---|---|
| 3. | **NYS Department of Taxation and Finance ATTN: Office of Counsel; Building 9; W A Harriman Campus; Albany, NY 12227** xxx-xx-3800 | Total Due  $  **39,468.33** | | | |
| | | Payable  $  **1,578.73** /month | (Months **9** to **33**) | Regular Payment $ | **N/A** |

Unsecured Creditors:    Pay $ **10,502.01**  /month (Months  **34**  to  **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
 -NONE-

**Assumed Contracts and/or Leases**

| | |
|---|---|
| **Denisse Becerra** | **Residential Lease, $3,800.00 per Month, 2/8/2016 to 2/7/2017, Debtors are Lessees** |

**The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Juan Carlos Algarin*

**Juan Carlos Algarin**
Debtor

Date:  **November 18, 2016**